**CAITLIN ROBIN & ASSOCIATES**

30 Broad Street, Suite 702  New York, NY 10004   Tel. 646-524-6026   Fax. 929-210-7549
737 Main Street, Suite 201, Buffalo, NY 14203   Tel. 716-771-3082
robinandassociates.com

Arjeta Albani
Korman Kim
Meredith Lander
Mark Laughlin
Cary London
Caitlin Robin
Jonathan Schutrum
Henry Tilson
Kevin Volkommer
Annette Aletor, Of Counsel

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/20
```

VIA ECF

August 12, 2020

Honorable Mary K. Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: Lebron v. Ramos, et al.,
        <u>Docket No. 1:19-cv-2598 (MKV)</u>

Your Honor:

    We represent the Plaintiff in the above-referenced matter. I am writing to the Court to respectfully request an adjournment of the Preliminary Conference currently scheduled for August 26 at 9:30 A.M. via telephone. We were just retained on this case, and we are in the process of requesting and organizing all of the Plaintiffs medical records. This is Plaintiffs first request for an adjournment, and the Defendants Counsel, Ana Maria Vizzo, consents to this request. We are respectfully requesting a 45 day adjournment for the Preliminary Conference. We thank the Court for their time.

Respectfully submitted,

*Cary London*
Cary London
Attorney for Plaintiff

GRANTED.  The conference scheduled for August 26, 2020, is adjourned to October 13, 2020, at 10:30AM.  The conference will be held telephonically and may be accessed by dialing 888-278-0296 at the scheduled time.  When prompted, enter access code 5195844#.  The Court will join once all parties are on the line.  SO ORDERED.

Date: 8/13/20
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge