```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD LEBRON,

               Plaintiff,

-against-

RAUL RAMOS, M.D., Sight Medical Director, North Infirmary Command; WOLF, Registered Nurse, Hemo-Dialysis Nurse, North Infirmary Command; CORREA, correction Officer, North Infirmary Command; NWAGWU, Correction Officer, North Infirmary Command,

               Defendants.

1:19-cv-2598-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       On December 4, 2020, the Court issued an Order granting the motion to withdraw by Plaintiff's counsel and directing Plaintiff to file a letter on or before January 6, 2021, advising the Court whether he has retained substitute counsel [ECF No. 53]. The Court has received a letter from Plaintiff dated December 28, 2020, requesting an additional 30 days to retain substitute counsel due to increased restrictions in Elmira Correctional Facility and other obstacles caused by the ongoing COVID-19 pandemic [ECF No. 54]. The Court GRANTS Plaintiff's request. IT IS HEREBY ORDERED that Plaintiff shall file a letter on or before February 6, 2021, advising the Court whether he has retained substitute counsel or whether he will proceed *pro se*.

       **Failure to comply with this Order and the deadline herein may result in sanctions, including the preclusion or dismissal of claims.**

       The Clerk of Court is respectfully requested mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

Date: January 5, 2021
      New York, NY

                                                      _____
                                                      **MARY KAY VYSKOCIL**
                                                      **United States District Judge**