```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD LEBRON,

                                Plaintiff,        19-cv-2598-MKV

- against -              **ORDER TO PRODUCE**
                                                                    **INMATE FOR DEPOSITION**

RAUL RAMOS, M.D., Sight Medical Director, North
Infirmary Command; WOLF, Registered Nurse, Hemo-
Dialysis Nurse, North Infirmary Command; CORREA,
correction Officer, North Infirmary Command;
NWAGWU,Correction Officer, North Infirmary
Command,

                                Defendants.
------------------------------------------------------------------X
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

       **IT IS HEREBY ORDERED**: that (1) the Warden or other official in charge of the Elmira Correctional Facility, located in Elmira, New York, produce inmate Richard Lebron, DIN No. 19A1407, at Elmira Correctional Facility, for the taking of his deposition via videoconference on May 13, 2021, at 9:30 a.m., and for so long thereafter, from day to day, as the deposition continues; and that (2) inmate Richard Lebron appear at Elmira Correctional Facility or in such place as designated by the Warden or other official in charge of Elmira Correctional Facility so his deposition may be taken.

Dated: New York, New York
           March 11, 2021

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

2365932.1