USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICHARD LEBRON,

                              Plaintiff,         19-cv-2598-MKV

- against -         **ORDER TO PRODUCE INMATE FOR DEPOSITION**

RAUL RAMOS, M.D., Sight Medical Director, North Infirmary Command; WOLF, Registered Nurse, Hemo-Dialysis Nurse, North Infirmary Command; CORREA, correction Officer, North Infirmary Command; NWAGWU, Correction Officer, North Infirmary Command,

                              Defendants.
-------------------------------------------------------------------X
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

      **IT IS HEREBY ORDERED**: that (1) the Warden or other official in charge of the Elmira Correctional Facility, located in Elmira, New York, produce inmate Richard Lebron, DIN No. 19A1407, at Elmira Correctional Facility, for the taking of his deposition via videoconference on June 23, 2021, at 9:30 a.m., and for so long thereafter, from day to day, as the deposition continues; and that (2) inmate Richard Lebron appear at Elmira Correctional Facility or in such place as designated by the Warden or other official in charge of Elmira Correctional Facility so his deposition may be taken.

Dated:  New York, New York
         May 18, 2021

                                           _Mary Kay Vyskocil_
                                           MARY KAY VYSKOCIL
                                       UNITED STATES DISTRICT JUDGE

2395484.1