USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/6/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD LEBRON,

Plaintiff,

-against-

RAUL RAMOS, M.D., Sight Medical Director, North
Infirmary Command; WOLF, Registered Nurse, Hemo-
Dialysis Nurse, North Infirmary Command; CORREA,
correction Officer, North Infirmary Command; NWAGWU,
Correction Officer, North Infirmary Command,

Defendants.

---

1:19-cv-2598-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The status conference scheduled for July 6, 2021, was adjourned to August 10, 2021, at 2:00 PM due to Plaintiff's hospitalization. The Conference had been scheduled to address the status of discovery and Defendants' complaints about Plaintiff's failure to cooperate with his discovery obligations. Specifically, Defendants represent that Plaintiff twice has refused to appear for a telephone conference with Defendants, has not provided authorizations for all medical records, and has failed to respond to interrogatories and document demands. [ECF Nos. 78–79.] Accordingly, Defendants request a further extension of discovery deadlines. [ECF No. 79.] The Court previously extended the discovery deadlines due to Plaintiff's noncompliance with his discovery obligations. [*See* ECF Nos. 69, 76.]

IT IS HEREBY ORDERED that the fact discovery deadline is extended to August 31, 2021.

IT IS FURTHER ORDERED that on or before July 23, 2021, Plaintiff shall meet and confer with Defendants regarding outstanding discovery.

1

IT IS FURTHER ORDERED that Plaintiff shall produce all outstanding medical authorizations on or before July 30, 2021.

IT IS FURTHER ORDERED that Plaintiff shall produce responses to interrogatories and document demands on or before August 15, 2021.

IT IS FURTHER ORDERED that Plaintiff shall sit for a deposition on or before August 31, 2021.

IT IS FURTHER ORDERED that on or before August 3, 2021, the parties shall submit a joint status letter with the information outlined in paragraph 16 of the Case Management Plan and Scheduling Order [*see* ECF No. 63].

Defendants are reminded to consult the Court's Individual Practice Rules and promptly to bring to the Court's attention any further discovery issues.

**PLAINTIFF IS ON NOTICE THAT FURTHER NONCOMPLIANCE WITH DISCOVERY OBLIGATIONS MAY RESULT IN SANCTIONS, INCLUDING PRECLUSION OF RELIANCE ON ANY MATERIAL NOT PROVIDED TO DEFENDANTS, PRECLUSION OF CLAIMS, AND/OR DISMISSAL OF THE CASE. PLAINTIFF ALSO RISKS DISMISSAL OF THE CASE FOR FAILURE TO PROSECUTE.**

The Clerk of Court is respectfully requested to close docket entries 72 and 78 and to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

**Date:  July 6, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

2