USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD LEBRON,

            Plaintiff,

-against-

RAUL RAMOS, M.D., Sight Medical Director, North Infirmary Command; WOLF, Registered Nurse, Hemo-Dialysis Nurse, North Infirmary Command; CORREA, correction Officer, North Infirmary Command; NWAGWU, Correction Officer, North Infirmary Command,

            Defendants.

1:19-cv-2598-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On October 20, 2021, the Court issued an Order extending the fact discovery deadline to November 30, 2021 and setting a post-fact discovery conference for December 14, 2021, at 3:30 PM.

The Court notes that a status conference had been previously scheduled for November 12, 2021 at 11:00 AM.  As the fact discovery deadline has now been extended to November 30, 2021, the status conference scheduled for November 12, 2021 at 11:00 AM is ADJOURNED.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

**Date:   October 27, 2021**
      **New York, NY**

                                            _____
                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**