```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD LEBRON,

                Plaintiff,

-against-

RAUL RAMOS, M.D., Sight Medical Director, North Infirmary Command; WOLF, Registered Nurse, Hemo-Dialysis Nurse, North Infirmary Command; CORREA, correction Officer, North Infirmary Command; NWAGWU, Correction Officer, North Infirmary Command,

                Defendants.

1:19-cv-2598-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      Defendants are directed to file a letter on or before December 9, 2021, with the information outlined in paragraph 16 of the Case Management Plan and Scheduling Order [see ECF No. 63]. Further Defendants should advise the Court as to the status of discovery, specifically whether plaintiff appeared for the December 6, 2021 deposition and whether Defendants have received Plaintiff's responses to Defendants' initial requests for interrogatories and production of documents.

      The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

Date:  **December 7, 2021**
       **New York, NY**

                                             **MARY KAY VYSKOCIL**
                                             **United States District Judge**