USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD LEBRON,

            Plaintiff,

-against-

RAUL RAMOS, M.D., Sight Medical Director, North Infirmary Command; WOLF, Registered Nurse, Hemo-Dialysis Nurse, North Infirmary Command; CORREA, correction Officer, North Infirmary Command; NWAGWU, Correction Officer, North Infirmary Command,

            Defendants.

1:19-cv-2598-MKV

ORDER SETTING
BRIEFING SCHEDULE

---

MARY KAY VYSKOCIL, United States District Judge:

      A post-fact discovery conference for this matter was scheduled for February 8, 2022. [ECF No. 103]. On January 19, 2022, Defendants filed a letter requesting that the Court schedule an informal conference to discuss sanctions and motion practice for failure to prosecute. [ECF No. 106]. The Court granted the request and advised the parties that they should be prepared to discuss Defendants' anticipated motion at the February 8, 2022 post-fact discovery conference. [ECF No. 110].

      On February 8, 2022 at 3:30 PM, the Court held the scheduled post-fact discovery conference. Defendants appeared at the conference. However, the Court was advised by DOCCS that Plaintiff refused to attend the conference.

      As such, IT IS HEREBY ORDERED that Defendants' request for leave to file a motion for sanctions is GRANTED. Defendants' Motion for Sanctions is due on or before February 22, 2022. Plaintiff's opposition to Defendants Motion is due on or before March 22, 2022.

**SHOULD PLAINTIFF FAIL TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS ON OR BEFORE MARCH 22, 2022, THE COURT WILL CONSIDER DEFENDANTS' MOTION UNOPPOSED.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

**Date: February 8, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**