UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RICHARD LEBRON,

      Plaintiff,          19 **CIVIL** 2598 (MKV)

  -against-              **JUDGMENT**

RAUL RAMOS, M.D., Sight Medical Director, North Infirmary Command; WOLF, Registered Nurse, Hemo-Dialysis Nurse, North Infirmary Command; CORREA, correction Officer, North Infirmary Command; NWAGWU, Correction Officer, North Infirmary Command,

      Defendants.

-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2022, Defendants' Motion to Dismiss Plaintiff's Amended Complaint for failure to prosecute and for failure to comply with the Court's orders is GRANTED and the Amended Complaint is DISMISSED without prejudice. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:** New York, New York
     July 26, 2022

                       **RUBY J. KRAJICK**

                         _____
                         **Clerk of Court**
           **BY:**
                       *K. Mango*
                         _____
                         **Deputy Clerk**