```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD LEBRON,

          Plaintiff,

-against-

RAUL RAMOS, M.D., Sight Medical Director, North Infirmary Command; WOLF, Registered Nurse, Hemo-Dialysis Nurse, North Infirmary Command; CORREA, correction Officer, North Infirmary Command; NWAGWU, Correction Officer, North Infirmary Command,

          Defendants.

1:19-cv-2598-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      Non-party Towaki Komatsu, proceeding *pro se*, seeks leave to file a motion to intervene in this case. [ECF No. 126]. Komatsu has no relationship to the parties in this case nor does he have any interest in the outcome of this matter. Instead, according to the Order Imposing Filing Restrictions appended to his letter, this filing is merely a continuation of a pattern of filing similar meritless, non-party requests in at least thirteen cases, all of which have been denied by various judges in this district. *See Butler v. City of New York*, No. 15-CV-3783 (VEC), 2021 WL 4306951, at *1 (S.D.N.Y. Sept. 2, 2021). Accordingly, Komatsu's motion for leave to file a motion to intervene in this case is DENIED.

**SO ORDERED.**

Date:  **August 1, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**